UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual,<br><br>                          Plaintiff,<br><br>v.<br><br>CAROLEIN GORGES TOMA, an individual; and BIG BLOCK REALTY, INC., a California corporation,<br><br>                        Defendants. | Case No.: 21-CV-1724 JLS (MDD)<br><br>**ORDER (1) VACATING HEARING ON MOTION TO DISMISS AND MOTION TO STRIKE; AND (2) DENYING AS MOOT EX PARTE MOTION TO CONTINUE HEARING**<br><br>(ECF Nos. 6, 8, 10) |

      Presently before the Court are Defendant's Motion to Dismiss (ECF No. 6) and Plaintiff's Motion to Strike Defendant's Motion to Dismiss (ECF No. 8).  On its own motion, the Court **VACATES** the hearing currently set for December 16, 2021 and takes these matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).  In light of the Court vacating the hearing on these matters, the Court **DENIES**

///

///

///

///

///

1

**AS MOOT** Plaintiff's Ex Parte Application to Continue the Hearing Date on Defendant's Motion to Dismiss (ECF No. 10).

**IT IS SO ORDERED.**

Dated: December 9, 2021

Hon. Janis L. Sammartino
United States District Judge