UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CAROLEIN GORGES TOMA, an individual; and BIG BLOCK REALTY, INC., a California corporation,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 21-CV-1724 JLS (MDD)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANTS**<br><br>(ECF No. 21) |

　　　　Presently before the Court is Defendants Carolein Gorges Toma and Big Block Realty, Inc.'s Motion to Withdraw Attorney Kristin E. Haule as Counsel of Record for Defendants (ECF No. 21). Defendants request that Kristin E. Haule be withdrawn as counsel because she is no longer with the law offices of Manatt, Phelps & Phillips, LLP. Defendants will continue to be represented by Christine Reilly and Ivette Zamora of Manatt, Phelps & Phillips, LLP. Good cause appearing, the Court **GRANTS** the Motion.

///

///

///

///

1  The Clerk of the Court will update the docket to reflect the withdrawal of Ms. Haule and
2  remove her from the CM/ECF electronic service list.
3  **IT IS SO ORDERED.**
4  Dated: December 17, 2021

Hon. Janis L. Sammartino
United States District Judge