Anton Ewing (not an attorney)
3077 B Clairemont Drive #372
San Diego, CA 92117
619-719-9640
anton@antonewing.com

Plaintiff In *Pro Per*

**FILED**

Dec 27 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ TrishaF DEPUTY

NUNC PRO TUNC
Dec 17 2021

**THE UNITED STATES FEDERAL DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Anton Ewing,<br>Plaintiff,<br>vs.<br>Carolein Gorges Toma, an individual; Big Block Realty, Inc, a California corporation,<br>Defendants. | Civil Case No. 21-CV-1724 JLS MDD<br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO WITHDRAW**<br>**Memorandum of Points and Authorities**<br>Judge: Hon. Janis L. Sammartino<br>Date: none<br>Time: none<br>No Oral Argument Unless Ordered |

Plaintiff Anton Ewing ("Plaintiff"), in *propria persona*, respectfully opposes the motion to withdraw filed by Ms. Haule on 12/16/2021 as ECF No. 21 for the following reasons:

1. Failure to follow Local Rules and obtain a hearing data and time from

chambers[1].

2. Failure include a notice of motion.
3. Failure to include a memorandum of points and authorities[2].
4. Failure to include table of contents.
5. Failure to include table of authorities.
6. Failure to cite any caselaw authority.
7. And most importantly, there is a pending motion to sanction Ms. Haule for multiple unprofessional acts and there is a soon to be filed motion for Rule 11 sanctions against Ms. Haule.
8. Ms. Haule made the following statements directed at Plaintiff Ewing and she should not be allowed to evade the power of this Court to sanction her:
    a. "…just another pretextual waste…" PageID.131
    b. "Plaintiff has filed numerous other, similarly-baseless and inflammatory motions" footnote 1 PageID.131
    c. "…unprofessional behavior…" PageID.132
    d. "…utter frivolity of Plaintiff's Motion" PageID.132
    e. "… tersely rebuffed and continually threatened by him." PageID.132

---

[1] Pursuant to the provisions of Civil Local Rule 7.1.b all hearing dates for any motion must be obtained from the law clerk of the judge to whom the case is assigned.

[2] Each motion or other request for ruling by the Court must include within it a Memorandum of Points and Authorities in support of the motion and a caption listing the nature of the motion, hearing date and time, and the judge who will hear the motion.

f. "…another pointless motion…" PageID.132

g. "…blatant gamesmanship… " PageID.133

h. "…threatening emails from Plaintiff" PageID.133

i. "…tersely-worded emails" PageID.134

j. "…unreasonably insisting…" PageID.134

k. "Plaintiff imprudently filed…" PageID.134

l. "…wholly contrived…" PageID.138

m. "…vague and increasingly threatening emails from day one" PageID.139

n. "…pure gamesmanship at best" PageID.139

o. "…egregious abuse…" PageID.139

p. "…smokescreen for his own misconduct" PageID.140

q. "…history of misconduct" PageID.140

r. "…chocked full of falsities" PageID.141

s. "…unprofessional and abusive behavior" PageID.142

t. "…***outrageous demands***" PageID.143

u. "Plaintiff is already displaying the same unprofessional behavior" PageID.143

v. "Plaintiff's inappropriate, unprofessional behavior and attacks" PageID.143

w. "baseless threats and pointless motion" PageID.143

9. Prior to these above unprofessional remarks, Ms. Haule made the following comments in her pleadings:

   a. "…fatally deficient, unintelligible…." Line 3 at PageID.70

   b. "…vaguely, conclusorily [sic] and inconsistently… " Line 4 at PageID.70

   c. "… in a classic 'shotgun' fashion…" Line 5 at PageID.70

   d. "… improperly conflated…" Line 7 at PageID.70

   e. "… a serial TCPA litigant…" Line 11 at PageID.70

   f. "… his incoherent Complaint…" Line 13 at PageID.70

   g. "…frequently contradicts his own allegations…" Line 14 at PageID.70

   h. "… a myriad of redundant and irrelevant legal arguments and baseless allegations…" Line 15 at PageID.70

   i. "… merely recycles conclusory allegations…" Line 16 at PageID.70

   j. "… merely regurgitating… Line 2 at PageID.71

   k. "…recycling threadbare allegations from other lawsuits…" Line 3 at PageID.71

   l. "…lumps together conflates and fails to… " Line 7 at

PageID.71

m. "...an impermissible 'shotgun' fashion..." Line 9 at PageID.71

n. "...egregious examples..." Line 26 at PageID.71

o. "... threadbare allegations..." Line 4 at PageID.72

p. "...fatally flawed..." Line 11 at PageID.72

q. "...seemingly hopes his purported pro se status..." Line 3 at PageID.73

r. "... many fatal pleading deficiencies..." Line 4 at PageID.73.

s. "... irrelevant, impertinent, and immaterial allegations..." Line 12 at PageID.73

t. "From what little can be deciphered..." Line 17 at PageID.73.

u. "...vaguely refers to..." Line 15 at PageID.74

v. "... glaring inconsistencies and contradictions..." Line 20 at PageID.74

w. "...conclusory, disjointed, contradictory, formulaic, and unintelligible allegations..." Line 22 at PageID.74

x. "... utterly lacking..." Line 1 at PageID.75.

y. "...oft-miscited or misapplied legal authority..." Line 2 at PageID.75

z. "… interject irrelevant and immaterial allegations…" Line 3 at PageID.75

aa. "…plainly deficient allegations…" Line 5 at PageID.75

bb. "…it is a classic impermissible 'shotgun' pleading…" Line 1 at PageID.78

cc. "… Plaintiff improperly conflates…" Line 8 at PageID.78

dd. "… he jumbles together…" Line 12 at PageID.78

ee. "…in true 'shotgun' fashion." Line 13 at PageID.78

ff. "… Plaintiff's plainly deficient and improper 'shotgun' Complaint…" Line 19 at PageID.78

gg. "…he vaguely and inconsistently concludes…" Line 2 at PageID.81

hh. "…utterly confusing and unsupported…" Line 9 at PageID.81

ii. "… the conclusory, implausible, and unintelligible allegations…" Line 17 at PageID.81

jj. "…parrots the wording…" Line 20 at PageID.85

kk. "… a smattering of entirely conclusory and unsupported allegations…" Line 3 at PageID.87

ll. "… contradictory and inherently implausible allegations…" Line 21 at PageID.87

mm. "…just as baseless." Line 9 at PageID.90.

nn."… threadbare, conclusory, and contradictory 'shotgun' allegations…" Line 10 at PageID.90.

10.It appears that Ms. Christine Reilly, the leader of the TCPA group at Manatt has fully authorized, condoned and approved this type of language. Apparently Ms. Reilly believes that this conduct is not at all beneath the reputation of her law firm.

11.Defendants are represented by attorneys, not law firms. Attorneys are members of the State Bar, not law firms. Just because Ms. Haule is leaving the employ of Manatt does not equate or translate into a legitimate reason to evade the power of this Court to sanction her conduct while she was lead counsel of record. The Court should stay any ruling on her improperly filed motion to withdraw until such time that the Court can review and consider sanctioning her conduct while attorney of record in this matter.

Respectfully Submitted this 17th day of December, 2021.

/S/ Anton Ewing
Anton Ewing, Plaintiff

Civil Case No.3:21-CV-001724

**PROOF OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, Anton Ewing, am a citizen of the United States of America and am at least eighteen years of age and a party to this action. My address is 3077 Clairemont Drive, #372, San Diego, CA 92117. I do not have ECF filing privileges in this matter.

I am a party to the above captioned action.

On December 17, 2021, as required by and in accordance with the Federal Rules of Civil Procedure, I caused service of the following documents: Plaintiff's Response in Opposition to Motion to Withdraw.

Said documents were served at my direction through the United States Mail, by having such documents placed in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at San Diego, CA 92117, following ordinary business practices, to Defendant's attorney with mailing address as follows:

Kristin Haule, Esq. and Christine M. Reilly, Esq.
Manatt, Philips & Phelps, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067

All CM/ECF registered users will be served by the Clerk of the Court upon posting of this document on the docket.

I have read the above and it is true, correct and accurate under penalty of perjury under the laws of the United States.

Date: December 17, 2021

Anton Ewing

Anton Ewing (not an attorney)
3077 B Clairemont Drive #372
San Diego, CA 92117
619-719-9640
anton@antonewing.com

Plaintiff In *Pro Per*

# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing,<br>Plaintiff,<br>vs.<br>Carolein Gorges Toma, an individual; Big Block Realty, Inc, a California corporation,<br>Defendants. | Civil Case No. 21-CV-1724 JLS MDD<br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO WITHDRAW**<br>**Memorandum of Points and Authorities**<br>Judge: Hon. Janis L. Sammartino<br>Date: none<br>Time: none<br>No Oral Argument Unless Ordered |

Plaintiff Anton Ewing ("Plaintiff"), in *propria persona*, respectfully opposes the motion to withdraw filed by Ms. Haule on 12/16/2021 as ECF No. 21 for the following reasons:

1. Failure to follow Local Rules and obtain a hearing data and time from

chambers[1].

2. Failure include a notice of motion.
3. Failure to include a memorandum of points and authorities[2].
4. Failure to include table of contents.
5. Failure to include table of authorities.
6. Failure to cite any caselaw authority.
7. And most importantly, there is a pending motion to sanction Ms. Haule for multiple unprofessional acts and there is a soon to be filed motion for Rule 11 sanctions against Ms. Haule.
8. Ms. Haule made the following statements directed at Plaintiff Ewing and she should not be allowed to evade the power of this Court to sanction her:
   a. "...just another pretextual waste..." PageID.131
   b. "Plaintiff has filed numerous other, similarly-baseless and inflammatory motions" footnote 1 PageID.131
   c. "...unprofessional behavior..." PageID.132
   d. "...utter frivolity of Plaintiff's Motion" PageID.132
   e. "... tersely rebuffed and continually threatened by him." PageID.132

---

[1] Pursuant to the provisions of Civil Local Rule 7.1.b all hearing dates for any motion must be obtained from the law clerk of the judge to whom the case is assigned.

[2] Each motion or other request for ruling by the Court must include within it a Memorandum of Points and Authorities in support of the motion and a caption listing the nature of the motion, hearing date and time, and the judge who will hear the motion.

f. "…another pointless motion…" PageID.132

g. "…blatant gamesmanship… " PageID.133

h. "…threatening emails from Plaintiff" PageID.133

i. "…tersely-worded emails" PageID.134

j. "…unreasonably insisting…" PageID.134

k. "Plaintiff imprudently filed…" PageID.134

l. "…wholly contrived…" PageID.138

m. "…vague and increasingly threatening emails from day one" PageID.139

n. "…pure gamesmanship at best" PageID.139

o. "…egregious abuse…" PageID.139

p. "…smokescreen for his own misconduct" PageID.140

q. "…history of misconduct" PageID.140

r. "…chocked full of falsities" PageID.141

s. "…unprofessional and abusive behavior" PageID.142

t. "…***outrageous demands***" PageID.143

u. "Plaintiff is already displaying the same unprofessional behavior" PageID.143

v. "Plaintiff's inappropriate, unprofessional behavior and attacks" PageID.143

w. "baseless threats and pointless motion" PageID.143

9. Prior to these above unprofessional remarks, Ms. Haule made the following comments in her pleadings:

    a. "…fatally deficient, unintelligible…." Line 3 at PageID.70

    b. "…vaguely, conclusorily [sic] and inconsistently… " Line 4 at PageID.70

    c. "… in a classic 'shotgun' fashion…" Line 5 at PageID.70

    d. "… improperly conflated…" Line 7 at PageID.70

    e. "… a serial TCPA litigant…" Line 11 at PageID.70

    f. "… his incoherent Complaint…" Line 13 at PageID.70

    g. "…frequently contradicts his own allegations…" Line 14 at PageID.70

    h. "… a myriad of redundant and irrelevant legal arguments and baseless allegations…" Line 15 at PageID.70

    i. "… merely recycles conclusory allegations…" Line 16 at PageID.70

    j. "… merely regurgitating… Line 2 at PageID.71

    k. "…recycling threadbare allegations from other lawsuits…" Line 3 at PageID.71

    l. "…lumps together conflates and fails to… " Line 7 at

PageID.71

m. "…an impermissible 'shotgun' fashion…" Line 9 at PageID.71

n. "…egregious examples…" Line 26 at PageID.71

o. "… threadbare allegations…" Line 4 at PageID.72

p. "…fatally flawed…" Line 11 at PageID.72

q. "…seemingly hopes his purported pro se status…" Line 3 at PageID.73

r. "… many fatal pleading deficiencies…" Line 4 at PageID.73.

s. "… irrelevant, impertinent, and immaterial allegations…" Line 12 at PageID.73

t. "From what little can be deciphered…" Line 17 at PageID.73.

u. "…vaguely refers to…" Line 15 at PageID.74

v. "… glaring inconsistencies and contradictions…" Line 20 at PageID.74

w. "…conclusory, disjointed, contradictory, formulaic, and unintelligible allegations…" Line 22 at PageID.74

x. "… utterly lacking…" Line 1 at PageID.75.

y. "…oft-miscited or misapplied legal authority…" Line 2 at PageID.75

z. "… interject irrelevant and immaterial allegations…" Line 3 at PageID.75

aa. "…plainly deficient allegations…" Line 5 at PageID.75

bb. "…it is a classic impermissible 'shotgun' pleading…" Line 1 at PageID.78

cc. "… Plaintiff improperly conflates…" Line 8 at PageID.78

dd. "… he jumbles together…" Line 12 at PageID.78

ee. "…in true 'shotgun' fashion." Line 13 at PageID.78

ff. "… Plaintiff's plainly deficient and improper 'shotgun' Complaint…" Line 19 at PageID.78

gg. "…he vaguely and inconsistently concludes…" Line 2 at PageID.81

hh. "…utterly confusing and unsupported…" Line 9 at PageID.81

ii. "… the conclusory, implausible, and unintelligible allegations…" Line 17 at PageID.81

jj. "…parrots the wording…" Line 20 at PageID.85

kk. "… a smattering of entirely conclusory and unsupported allegations…" Line 3 at PageID.87

ll. "… contradictory and inherently implausible allegations…" Line 21 at PageID.87

mm. "…just as baseless." Line 9 at PageID.90.

nn."… threadbare, conclusory, and contradictory 'shotgun' allegations…" Line 10 at PageID.90.

10.It appears that Ms. Christine Reilly, the leader of the TCPA group at Manatt has fully authorized, condoned and approved this type of language. Apparently Ms. Reilly believes that this conduct is not at all beneath the reputation of her law firm.

11.Defendants are represented by attorneys, not law firms. Attorneys are members of the State Bar, not law firms. Just because Ms. Haule is leaving the employ of Manatt does not equate or translate into a legitimate reason to evade the power of this Court to sanction her conduct while she was lead counsel of record. The Court should stay any ruling on her improperly filed motion to withdraw until such time that the Court can review and consider sanctioning her conduct while attorney of record in this matter.

Respectfully Submitted this 17th day of December, 2021.

/S/ Anton Ewing
Anton Ewing, Plaintiff

Civil Case No.3:21-CV-001724

## PROOF OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Anton Ewing, am a citizen of the United States of America and am at least eighteen years of age and a party to this action. My address is 3077 Clairemont Drive, #372, San Diego, CA 92117. I do not have ECF filing privileges in this matter.

I am a party to the above captioned action.

On December 17, 2021, as required by and in accordance with the Federal Rules of Civil Procedure, I caused service of the following documents: Plaintiff's Response in Opposition to Motion to Withdraw.

Said documents were served at my direction through the United States Mail, by having such documents placed in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at San Diego, CA 92117, following ordinary business practices, to Defendant's attorney with mailing address as follows:

Kristin Haule, Esq. and Christine M. Reilly, Esq.
Manatt, Philips & Phelps, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067

All CM/ECF registered users will be served by the Clerk of the Court upon posting of this document on the docket.

I have read the above and it is true, correct and accurate under penalty of perjury under the laws of the United States.

Date: December 17, 2021

Anton Ewing